# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD D. HOZZA, III, on behalf of himself all other persons similarly situated, <br><br> Plaintiff, <br> vs. <br><br> PRIMOHOAGIES FRANCHISING, INC. <br><br> Defendant. | **Case No. 1:20-cv-04966** <br><br> **Honorable Renée Marie Bumb, U.S.D.J.** <br><br> **Honorable Matthew J. Skahill, U.S.M.J.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 18, 2022, the undersigned, counsel for Plaintiff Edward D. Hozza, III, shall move before the Honorable Renée Marie Bumb, U.S.D.J., in the U.S. District Court for the District of New Jersey, for preliminary approval of the proposed class action settlement pursuant to FED. R. CIV. P. 23.

**PLEASE TAKE FURTHER NOTICE** that Defendant consents to Plaintiff's Motion.

**PLEASE TAKE FURTHER NOTICE** that, in support of their Motion, Plaintiff relies upon his Memorandum of Law in Support of Plaintiff's Consented-To Motion for Preliminary Approval of Proposed Class Action Settlement and the Declaration of Christian Levis and Exhibits 1 – 8 filed in support herewith.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order granting the relief requested has been submitted herewith.

Respectfully submitted,

Dated: March 18, 2022

By: */s/ Christian Levis*
Christian Levis (NJ ID# 021492012)
Amanda Fiorilla (NJ ID# 317282020)
**LOWEY DANNENBERG, P.C.**
44 South Broadway
White Plains, NY 10601
Telephone: (914) 997-0500
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina (NJ ID# 196262016)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
achristina@lowey.com

*Counsel for Plaintiff Edward D. Hozza, III, and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Christian Levis, hereby certify that on March 18, 2022, I filed and served through the Court's ECF system a true and correct copy of the foregoing document. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of this Court's electronic filing system.

*/s/ Christian Levis*
Christian Levis