# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD D. HOZZA, III, on behalf of himself all other persons similarly situated,<br><br>Plaintiff,<br>vs.<br><br>PRIMOHOAGIES FRANCHISING, INC.<br><br>Defendant. | **Case No. 1:20-cv-04966**<br><br>**Honorable Renée Marie Bumb, U.S.D.J.**<br><br>**Honorable Matthew J. Skahill, U.S.M.J.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 10, 2022, the undersigned counsel for Plaintiff Edward D. Hozza, III, shall move before the Honorable Renée Marie Bumb, U.S.D.J., in the U.S. District Court for the District of New Jersey, for final approval of the proposed class action settlement pursuant to FED. R. CIV. P. 23.

**PLEASE TAKE FURTHER NOTICE** that Defendant consents to Plaintiff's Motion.

**PLEASE TAKE FURTHER NOTICE** that, in support of his Motion, Plaintiff relies upon his Memorandum of Law in Support, the Declaration of Christian Levis, and the Declaration of Navid Zivari, filed in support herewith.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order for Final Approval and Final Judgment, in similar form to what was submitted to the Court on March 18, 2022 (ECF No. 54-1, PageID: 406 – PageID: 423), granting the relief requested has been submitted herewith.

Respectfully submitted,

Dated: November 10, 2022        By: */s/ Christian Levis*
Christian Levis (NJ ID# 021492012)
Amanda G. Fiorilla (NJ ID# 317282020)
**LOWEY DANNENBERG, P.C.**
44 South Broadway
White Plains, NY 10601
Tel: (914) 997-0500
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina (NJ ID# 196262016)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
achristina@lowey.com

*Class Counsel*

2

## **CERTIFICATE OF SERVICE**

I, Christian Levis, hereby certify that on November 10, 2022, I filed and served through the Court's ECF system a true and correct copy of the foregoing document. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system and notice of these filings will be sent to these parties by operation of this Court's electronic filing system.

*/s/ Christian Levis*
Christian Levis